**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Bernard Grogan and Ginger A. Grogan, Defendants,

Of whom Bernard Grogan is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000067

———————————

Appeal From Newberry County
Joseph C. Smithdeal, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-319
Submitted September 11, 2019 – Filed September 24, 2019

———————————

**AFFIRMED**

———————————

Scott Daniel Spivey, of Scott Spivey, Attorney at Law, of Camden, for Appellant.

Sarah M. Ahmad, of the South Carolina Department of Social Services, of Newberry, for Respondent.

James N. Parr, Jr., of James N Parr, Jr., Attorney at Law, of Newberry, for the Guardian ad Litem.

---

**PER CURIAM:**  Bernard Grogan appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Grogan's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.